UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EUGENE TRIFONOV,<br><br>                    Petitioner,<br><br>          v.<br><br>KRISTI NOEM, et al.,<br><br>                    Respondents. | Case No. 5:25-cv-03460-DOC-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition") filed by Eugene Trifonov ("Petitioner"), the Court's Order granting a temporary restraining order and preliminary injunction (Dkt. 4, 11), the Answer to the Petition (Dkt. 17), Petitioner's Reply (Dkt. 18), the Report and Recommendation of the United States Magistrate Judge (Dkt. 20, "Report"), and Petitioner's Objections to the Report (Dkt. 21).

The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge, but clarifies as follows:

1. While the Report uses the terminology "moot," the Court reads its usage largely as a term of art indicating that Petitioner had already been successful on the thrust of his case when the Court granted the Temporary Restraining Order and Preliminary Injunction (Dkts. 4, 11). Thus, there was no need for further litigation of these issues. <u>That does not mean the Report should be cited for the proposition that petitions like Petitioner's are moot after a court grants preliminary injunctive relief. That is simply not the case.</u>

2. Similarly, because the Report does not order any additional relief beyond what was granted in the Temporary Restraining Order and Preliminary Injunction (Dkts. 4, 11) it would be improper to say that the Petition is granted. However, this Order provides for relief so it is also not a conventional dismissal per se. This is largely an issue of legalese. Petitioner has prevailed on his Petition.

3. Petitioner requests that the Court clarify the ongoing relief that "direct[s] Respondents to comply with the United States Constitution and all applicable federal laws, regulations, and procedures in any future immigration proceedings involving Petitioner." Report at 6. The Cout concludes that clarifying this directive would only narrow the relief granted and declines to do so.

IT IS THEREFORE ORDERED THAT: (1) Respondents are ordered to comply with the United States Constitution and all applicable federal laws, regulations, and procedures in any future enforcement proceedings involving Petitioner; and (2) Judgment shall be entered dismissing the Petition without prejudice.

Dated: March 30, 2026

_David O. Carter_
DAVID O. CARTER
United States District Judge

2