UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EUGENE TRIFONOV,<br><br>                    Petitioner,<br><br>          v.<br><br>KRISTI NOEM, et al.,<br><br>                    Respondents. | Case No. 5:25-cv-03460-DOC-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.

Dated: March 30, 2026

_David O. Carter_
DAVID O. CARTER
United States District Judge